[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 14, 2002
THOMAS K. KAHN
CLERK

_____

No. 99-14563

_____

D.C. Docket No. 98-02383-CV-T-25E

JAMES JOHNSON,

Plaintiff-Appellant,

versus

K  MART CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(February 14, 2002)**

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON,
Circuit Judges.

BY THE COURT:

In view of Kmart Corporation's filing of a Chapter 11 bankruptcy petition,

and in compliance with 11 U.S.C. § 362(a)(1), no decision will be rendered in this

case until the bankruptcy court grants relief from the automatic stay or the stay lapses.  See Ellison v. Northwest Engineering Company, 707 F.2d 1310 (11th Cir. 1983).

The parties are directed to inform the Court when the bankruptcy court grants relief from the automatic stay or the stay lapses.